# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND P. ROSE, | ) |
|         Petitioner, | ) |
| vs. | ) Civil Action No. 09-217E |
| | ) Magistrate Judge Maureen P. Kelly |
| JAMES McGRADY; THE DISTRICT ATTORNEY OF THE COUNTY OF ERIE; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) |
|         Respondents. | ) |

## ORDER

**AND NOW,** this 16th day of April 2012, the Petition for Writ of Habeas Corpus is hereby **DENIED** and a Certificate of Appealability is likewise **DENIED**.

Petitioner is advised that he has the right for thirty (30) days to file a notice of appeal from our order denying his petition, see 28 U.S.C. § 2253(a); Fed. R.App. P. 4(a)(1)(A), and that our denial of a certificate of appealability does not prevent him from doing so, as long as he also seeks a certificate of appealability from the court of appeals. See Federal Rule of Appellate Procedure 22(b)(1).

BY THE COURT

s/Maureen P. Kelly
MAUREEN P. KELLY
U.S. MAGISTRATE JUDGE

Dated: April 16, 2012

cc:      RAYMOND P. ROSE
GD-3022
ATTENTION OF: Bonnie Stognief, Records Dept.
SCI RETREAT
660 STATE ROUTE 11
HUNLOCK CREEK, PA 18621-3136

RAYMOND P. ROSE
DOC Number 1428197
Green Rock Correctional Center
475 Green Rock Lane
Chatham, Virginia 24531


All Counsel of Record via CM-ECF